1  QUIN DENVIR, Bar #49374
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  LIONEL SANCHEZ-VELASQUEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:05cr00362 AWI
                                       )
12              Plaintiff,             )   STIPULATION CONTINUING STATUS
                                       )   CONFERENCE HEARING
13       v.                            )   AND ORDER THEREON
                                       )
14  LIONEL SANCHEZ-VELASQUEZ,          )   Date:  January 17, 2006
                                       )   Time:  9:00 A.M.
15              Defendant.             )   Judge: Hon. Anthony W. Ishii
                                       )
16  _____)

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the **status conference hearing in the above-entitled matter now set for December 19,**

20  **2005, may be continued to January 17,  2006, at 9:00 A.M.**

21       The continuance is at the request of defense counsel to provide the parties additional time for

22  plea negotiation and preparation of a plea agreement.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests

2   of justice, including but not limited to, the need for the period of time set forth herein in the interest of

3   justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),

4   and 3161(h)(8)(B)(iv).

5                                                                    McGREGOR W. SCOTT
                                                                     United States Attorney
6

7

8   DATED: December 14, 2005              By:  /s/ Marianne A. Pansa
                                               MARIANNE A. PANSA
9                                              Assistant United States Attorney
                                               Attorney for Plaintiff
10

11                                             QUIN DENVIR
                                               Federal Public Defender
12

13

14  DATED: December 14, 2005              By:   /s/ Victor M. Chavez
                                               VICTOR M. CHAVEZ
15                                             Assistant Federal Defender
                                               Attorneys for Defendant
16                                             LIONEL SANCHEZ-VELASQUEZ

17

18

19                               **O R D E R**

20       **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A),

21  3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

22  IT IS SO ORDERED.

23  **Dated:    December 16, 2005**              /s/ Anthony W. Ishii
    0m8i78                           UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stipulation Continuing Status Conference Hearing
and [Proposed] Order Thereon

                                       2