DANIEL J. BRODERICK, #89424
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LIONEL SANCHEZ-VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05cr00362 AWI |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING STATUS |
| | ) CONFERENCE HEARING |
| v. | ) AND ORDER THEREON |
| LIONEL SANCHEZ-VELASQUEZ, | ) Date: May 8, 2006 |
| | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing in the above-entitled matter now set for May 1, 2006, may be continued to May 8, 2006, at 9:00 A.M. and re-set for status conference hearing or change of plea.**

The continuance is at the request of defense counsel to provide the defendant an additional week to consider the government's plea offer.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 27, 2006        By:  /s/ Marianne A. Pansa
MARIANNE A. PANSA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Public Defender

DATED: April 27, 2006        By:  /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorneys for Defendant
LIONEL SANCHEZ-VELASQUEZ

## **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 28, 2006**           /s/ Anthony W. Ishii
0m8i78                     UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference Hearing
and [Proposed] Order Thereon

2